UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22272-CIV-MORENO

GOMEZ LEONARDO,

    Plaintiff,

vs.

AMERICAN SECURITY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR REMAND

THIS CAUSE came before the Court upon Plaintiff's Motion for Remand **(D.E. 3)**, filed on **June 14, 2018**. THE COURT has considered the motion, the pertinent portions of the record, and is fully advised in the premises.

Plaintiff Leonardo Gomez filed his Complaint against Defendant American Security Insurance Company in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on January 23, 2018. On February 14, 2018, Plaintiff emailed Defendant a copy of an estimate itemizing the alleged damages at issue in the case, which totaled $86,157.06. As of February 14, Defendant had 30 days to remove the case to federal court. Because Defendant did not file its Notice of Removal based on diversity jurisdiction until June 7, 2018, Defendant failed to timely remove the case to federal court. Accordingly, it is

**ADJUDGED** that Plaintiff's motion for remand is GRANTED. The case is remanded back to the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_14\_\_ of August 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record